E-filing

**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

Name BENEDICT, MITCHELL R.
     (Last)         (First)         (Initial)

Prisoner Number K37907

Institutional Address San Quentin State Prison: G-185 San Quentin, CA 94974

=========================================================================

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Mitchell Ralph Benedict
(Enter the full name of plaintiff in this action.)

vs.

Director of Corrections
Tillman et alii
DOES 1-100

(Enter the full name of the defendant(s) in this action)

Case No. CV 07 6259 CW (PR)
(To be provided by the Clerk of Court)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT,**
Title 42 U.S.C § 1983

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.     Exhaustion of Administrative Remedies.

    [<u>Note:</u> You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

    A.     Place of present confinement SAN QUENTIN STATE PRISON

    B.     Is there a grievance procedure in this institution?

        YES (✓)     NO ( )

    C.     Did you present the facts in your complaint for review through the grievance procedure?

        YES (✓)     NO ( )

    D.     If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

COMPLAINT         - 1 -

1 | 1. Informal appeal __**unanswered**__
2 |
3 |
4 | 2. First formal level _____
5 |
6 |
7 | 3. Second formal level _____
8 |
9 |
10 | 4. Third formal level _____
11 |
12 |

13 E. Is the last level to which you appealed the highest level of appeal available to
14 you?
15      YES ( )   NO (✓)
16 F. If you did not present your claim for review through the grievance procedure,
17 explain why. __**time constraints**__
18
19
20 II.  Parties.
21 A. Write your name and your present address. Do the same for additional plaintiffs,
22 if any.
23 __**MITCHELL RALPH BENEDICT    P.O. # K37907**__
24 __**SAN QUENTIN STATE PRISON    G-185**__
25 __**SAN QUENTIN, CA    94974**__
26 B. Write the full name of each defendant, his or her official position, and his or her
27 place of employment.
28

COMPLAINT                                  - 2 -

1  DIRECTOR of CORRECTIONS TILLMAN
2  P.O. Box 942883
3  Sacramento, CA  94283
4  et alii  DOES 1-100

5  III.   Statement of Claim.

6         State here as briefly as possible the facts of your case. Be sure to describe how each
7  defendant is involved and to include dates, when possible. Do not give any legal arguments or
8  cite any cases or statutes. If you have more than one claim, each claim should be set forth in a
9  separate numbered paragraph.
10            · see pp 3a-3b ·

23  IV.    Relief.

24         Your complaint cannot go forward unless you request specific relief. State briefly exactly
25  what you want the court to do for you. Make no legal arguments; cite no cases or statutes.
26  PETITIONER prays for ongoing medical care, adequate housing,
27  and any other remedy the Court may deem just and fit.

COMPLAINT                              - 3 -

III. Statement of Claim

1. July, 2007 CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION (CDCR) MENTAL HEALTH SERVICES (MHS) provided a dual diagnosis of Depression/Paranoid Schizophrenia for PETITIONER, MITCHELL RALPH BENEDICT. He was placed in the CRITICAL CARE CASE MANAGEMENT (CCCMS) medication delivery program. Medication was begun 08/06/2007 by Dr. Ponath, and stopped 11/17/2007 with no examination or explanation, despite PETITIONER'S repeated requests for continued psychiatric care and medication.

PETITIONER also underwent two (2) surgical procedures: one to remove scalp cysts on 10/01/2007; the other, on 10/19/2007 to drain a staph abcess contracted on gym floor. No follow-up examinations were provided by medical staff; i.e., suture removal and dressings were left, by necessity, to inmate's own devices.

PETITIONER requested a decayed tooth be removed, circa July, 2007; was seen and "scheduled" on 10/23/2007. The tooth remains.

PETITIONER ALLEGES THAT HE HAS BEEN AND IS BEING DENIED MEDICAL CARE FOR HIS CONDITIONS.

COMPLAINT   -3a-

III. Statement of Claim (cont.)

2. CCCMS INMATES HOUSED IN SAN QUENTIN STATE PRISON GYMNASIUM DORMITORY ARE SUBJECT TO CRUEL AND UNUSUAL PUNISHMENT AND LIVING CONDITIONS. The ambient temperature is controlled by the sole means of air extraction fans, with no winter heating capacity available. As a form of punishment, inmates are subjected to the fans exchanging outside air until the room is 45° or less. SERGEANT Ratliff (2nd watch gym supervisor) and others subjected PETITIONER and Thirteen (13) other inmates to strip and cavity search outdoors as a form of group punishment for attempting to recycle cardboard left on dining tables.

PETITIONER has been in San Quentin Reception Center over five (5) months, four (4) of them in the over-crowdwe gymnasium dormitory without the benefit of mainline medical/dental services, education/pre-release resources or adequate toilet facilities.

STATE Fire Marshalls ordered tht removal of fifty (50) bunks for safety reasons. The Bunks were removed and returned seven (7) days later, circa October, 2007.

This petition was prepared for PETITIONER by Ron Freeman.

X [signature]        X Dec 5th, 2007
X Mitchell Ralph Benedict    X 12/05/2007

THE FOREGOING IS SWORN TO UNDER THE pENALTY OF PERJURY IN THE COUNTY OF MARIN ON DECEMBER 5th, 2007, SAN QUENTIN, CALIFORNIA.

X [signature]        X Dec 5th, 2007
X Mitchell Ralph Benedict    X 12/05/2007

COMPLAINT                    -3b-

```
1  _____
2  _____
3  _____
4  _____
5      I declare under penalty of perjury that the foregoing is true and correct.
6
7      Signed this  Fifth  day of  December  , 20 07
8
9                              /s/ Mitchell Ralph Benedict
10                                      (Plaintiff's signature)
```

COMPLAINT                                   - 4 -