Mitchell Benedict K37907
San Quentin State Prison Gym-185
San Quentin, CA
94974

SAN QUENTIN STATE PRISON NSF

LEGAL MAIL

The Honorable Judge Martin J. Jenkins
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVE. Box 36060
SAN FRANCISCO, CA.
94102



UNITED STATES POSTAGE
PITNEY BOWES
02 1M        $ 00.750
0004248283   DEC 06  2007
MAILED FROM ZIP CODE 94964