E-filing

FILED
07 DEC 11 PM 3:55
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Mitchell Ralph Benedict

           Plaintiff,

vs.

CDCR et alii e contra

           Defendant.

CASE NO. _____ CV 07 6259 CW (PR)

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, Mitchell Ralph Benedict, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.    Are you presently employed? Yes ☐ No ☑

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: ∅      Net: ∅

Employer: n/a

1 | If the answer is "no," state the date of last employment and the amount of the gross and net
2 | salary and wages per month which you received. (If you are imprisoned, specify the last
3 | place of employment prior to imprisonment.)
4 | ___Construction Engineer CAL. A, B,___
5 | ___$8,000/mo___
6 | ___1988___
7 | 2.   Have you received, within the past twelve (12) months, any money from any of the
8 | following sources:
9 |    a.   Business, Profession or          Yes ☐ No ☑
10 |        self employment
11 |    b.   Income from stocks, bonds,      Yes ☐ No ☑
12 |        or royalties?
13 |    c.   Rent payments?                  Yes ☐ No ☑
14 |    d.   Pensions, annuities, or         Yes ☐ No ☑
15 |        life insurance payments?
16 |    e.   Federal or State welfare payments,  Yes ☐ No ☑
17 |        Social Security or other govern-
18 |        ment source?
19 | If the answer is "yes" to any of the above, describe each source of money and state the amount
20 | received from each.
21 | ___N/A.___
22 | ___
23 | 3.   Are you married?                   Yes ☐ No ☑
24 | Spouse's Full Name: ___N/A___
25 | Spouse's Place of Employment: ___N/A___
26 | Spouse's Monthly Salary, Wages or Income:
27 | Gross $___N/A___   Net $___N/A___
28 | 4.   a.   List amount you contribute to your spouse's support:$ ___N/A___

- 2 -

1      b.    List the persons other than your spouse who are dependent upon you for
2            support and indicate how much you contribute toward their support. (NOTE:
3            For minor children, list only their initials and ages. DO NOT INCLUDE
4            THEIR NAMES.).
5      _____N/A_____
6      _____
7  5.   Do you own or are you buying a home?    Yes ☐  No ☑
8  Estimated Market Value: $ __N/A__ Amount of Mortgage: $ __N/A__
9  6.   Do you own an automobile?    Yes ☐  No ☑
10 Make __N/A__ Year __N/A__ Model __N/A__
11 Is it financed? Yes ☐ No ☑ If so, Total due: $ __N/A__
12 Monthly Payment: $ __N/A__
13 7.   Do you have a bank account? Yes ☐ No ☑ (Do not include account numbers.)
14 Name(s) and address(es) of bank: __N/A__
15 _____
16 Present balance(s): $ __N/A__
17 Do you own any cash? Yes ☐ No ☑ Amount: $ __N/A__
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes ☐ No ☑
20 _____
21 8.   What are your monthly expenses?
22 Rent: $ __∅__    Utilities: __∅__
23 Food: $ __∅__    Clothing: __∅__
24 Charge Accounts: **NONE**
25 Name of Account    Monthly Payment    Total Owed on this Account
26 __N/A__    $    $
27           $    $
28           $    $

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

_Restitution: approximately $1200.00_

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes ☐   No ☑

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_N/A_

    I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

    I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

_11/30/07_
DATE

_Mitchell Ralph Benedict_
SIGNATURE OF APPLICANT

Case Number: _____

- 4 -