Mitchell Ralph Benedict K37907
San Quentin State Prison: Gym-185
San Quentin, CA 94974

December 5th, 2007

The Clerk of the Court of
The Honorable Judge Martin J. Jenkins
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA

**FILED**

DEC 11 2007

RICHARD W. WEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

CV-07-6259-CW

IN RE: enclosed Complaint Under the Civil Rights Act, Title 42 U.S.C. § 1983 and IN FORMA PAUPERIS Application

Dear Court Clerk:

I have requested the trust office to provide me with a Certificate of Funds. They have yet to comply. When I receive it, I will forward it to you, or request a writ of mandamus from the court.

The San Quentin Law Library has relocated and is currently without copying facilities. Please provide me with a copy of my complaint, if possible. Thank you.

Regards,
Mitchell Ralph Benedict

I declare under penalty of perjury that the foregoing is true and correct.
signed this FIFTH day of DECEMBER 20 07

x Mitchell Ralph Benedict