**FILED**

DEC 20 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Mitchell Ralph Benedict )
)
        Plaintiff, )   CASE NO.  CV 07  6259  CW
)
vs. )
)
Director of Corrections Tillman )   PETITION FOR
et alii   DOES 1-100 )   APPOINTMENT OF COUNSEL
)
        Defendant. )

I, **Mitchell Ralph Benedict** motion the Court of the Honorable Judge Claudia Wilken for the Appointment of Counsel. PLAINTIFF is under a doctor's care for mental disabilities that preclude his ability to learn the practicum of law that is necessary to address this Court.

PETITIONER has filed an <u>In Forma Pauperis</u> application as well. PETITIONER prays for the Court's decision as soon as it may be heard.

I declare under the penalty of perjury that the foregoing is true and correct. *Mitchell Ralph Benedict*

signed this **Seventeenth** day of **December**, 20**07**