

Mitchell Benedict K37907
San Quentin State Prison, G-185
San Quentin, CA 94974

Re: CV 07-6259 CW

"LEGAL MAIL"

The Clerk of the Court of
The Honorable Judge Claudia Wilkin
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue  Box 36060
San Francisco, CA
94102