**FILED**
DEC 20 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Mitchell Ralph Benedict                )
                                       )
          Plaintiff,                   )   CASE NO. CV 07  6259  CW
                                       )
   vs.                                 )
                                       )   PETITION FOR
Director of Corrections Tillman        )   HEARING BY JUDGE
et alii   DOES 1-100                   )
             Defendant.                )
_____)

I, _Mitchell Ralph Benedict_ request the Court for CASE #CV 07-6259 under Title 42 U.S.C. §1983 to be heard by a Judge of the Northern District Court of California.

I declare under the penalty of perjury that the foregoing is true and correct.
signed this Seventeenth day of December, 2007

_Mitchell Ralph Benedict_