Mitchell Ralph Benedict

K37907

San Quentin State Prison, G-185

San Quentin, CA  94974

December 24, 2007

The Clerk of the Court of

The Honorable Judge Claudia Wilken

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

450 Golden Gate Avenue, Box 36060

San Francisco, California    94102

re: CASE NUMBER  CV 07-6259  CW

FILED

DEC 3 1 2007

RICHARD W. ...

Dear Sir:

In regards to my Complaint Under The Civil Rights Act, Title 42 U.S.C. §1983; this is to inform the Court of an address change for me from San Quentin State Prison to:    2843 Vallecito Place

Oakland, CA  94606

Sincerely yours,

Mitchell Ralph Benedict

I declare under the penalty of perjury, that the foregoing is true and correct. signed this twenty-fourth day of December, 20 07