Mitchell Benedict K37907
San Quentin State Prison 1EY.U. 185
San Quentin State, CA 94974

re. CV 07-6259 CW

"LEGAL MAL"



The Clerk of the Court of
The Honorable Claudia Wilken, DJ
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue   Box 36060
San Francisco, CA 94102