IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCHELL R. BENEDICT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DIRECTOR OF CORRECTIONS,<br><br>　　　　Defendant.<br>　　　　　　　　　　　　　　/ | No. C 07-06259 CW (PR)<br><br>ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL AND REQUEST FOR EVIDENTIARY HEARING |

　　Plaintiff requests an evidentiary hearing and the appointment of counsel to represent him in this action.

　　There is no constitutional right to counsel in a civil case unless an indigent litigant may lose his physical liberty if he loses the litigation. See Lassiter v. Dep't of Social Services, 452 U.S. 18, 25 (1981); Rand v. Rowland, 113 F.3d 1520, 1525 (9th Cir. 1997) (no constitutional right to counsel in § 1983 action), withdrawn in part on other grounds on reh'g en banc, 154 F.3d 952 (9th Cir. 1998) (en banc). The court may ask counsel to represent an indigent litigant under 28 U.S.C. § 1915 only in "exceptional circumstances," the determination of which requires an evaluation of both (1) the likelihood of success on the merits, and (2) the ability of the plaintiff to articulate his claims pro se in light

1  of the complexity of the legal issues involved.  <u>See</u> <u>id.</u> at 1525;
2  <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991); <u>Wilborn v.</u>
3  <u>Escalderon</u>, 789 F.2d 1328, 1331 (9th Cir. 1986).  Both of these
4  factors must be viewed together before reaching a decision on a
5  request for counsel under § 1915.  <u>See</u> <u>id.</u>  The Court finds that
6  exceptional circumstances entitling Plaintiff to court appointed
7  counsel do not exist.  The likelihood of Plaintiff's success on the
8  merits cannot be ascertained at this point in the proceedings, and
9  the legal issues are not complex.  Accordingly, Plaintiff's request
10 for appointment of counsel DENIED. Plaintiff's request for a
11 evidentiary hearing before a judge of the Ninth District of
12 California is DENIED.  Any motions filed will be decided without a
13 hearing.
14      This Order terminates Docket nos. 6, 7.
15      IT IS SO ORDERED.

Dated: 2/5/08

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

P:\PRO-SE\CW\CR.07\Benedict259.DenyAtty-Evid.frm   2

UNITED STATES DISTRICT COURT<br>
FOR THE<br>
NORTHERN DISTRICT OF CALIFORNIA

MITCHELL R. BENEDICT,

    Plaintiff,

v.

DIRECTOR OF CORRECTIONS et al,

    Defendant.

Case Number: CV07-06259 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 5, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Mitchell Ralph Benedict K37907
2843 Vallecito Place
Oakland, CA 94606

Dated: February 5, 2008

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk