FILED
APR 1 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MITCHELL RALPH BENEDICT,
　　　　　　　　Plaintiff,

vs.

TILLMAN, Director
of Corrections,
　　　　　　　　Defendant.

CASE NO. C 07-06259 CW

APPLICATION TO PROCEED (PR)
IN FORMA PAUPERIS
(Non-prisoner cases only)

I, Mitchell Ralph Benedict, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed?   Yes ___   No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____   Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary and

APP. TO PROC. IN FORMA
PAUPERIS, Case No. C 07 06259 CW      - 1 -

1  wages per month which you received.

2  April, 2003    $120.00/week

3  _____

4  _____

5  2.   Have you received, within the past twelve (12) months, any money from any of the following

6  sources:

7       a.   Business, Profession or                Yes ___ No ✓

8            self employment

9       b.   Income from stocks, bonds,             Yes ___ No ✓

10           or royalties?

11      c.   Rent payments?                          Yes ___ No ✓

12      d.   Pensions, annuities, or                 Yes ___ No ✓

13           life insurance payments?

14      e.   Federal or State welfare payments,      Yes ___ No ✓

15           Social Security or other govern-

16           ment source?

17 If the answer is "yes" to any of the above, describe each source of money and state the amount

18 received from each.

19 _____

20 _____

21 3.   Are you married?                             Yes ___ No ✓

22 Spouse's Full Name: _____

23 Spouse's Place of Employment: _____

24 Spouse's Monthly Salary, Wages or Income:

25 Gross $_____   Net $_____

26 4.   a.   List amount you contribute to your spouse's support:$ _____

27      b.   List the persons other than your spouse who are dependent upon you for support and

28           indicate how much you contribute toward their support. (NOTE: For minor children,

APP. TO PROC. IN FORMA
PAUPERIS, Case No. C 07-06259 CW         - 2 -

1        list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

2   Emotional and future support for minor child:

3   TRB 9yrs, 10 mos.    Will & Testament Holograph Noted

                                                          Ralph
                                                          Benedict
                                                          04-12-2008

4   5.   Do you own or are you buying a home?   Yes ___ No ✓

5   Estimated Market Value: $_____ Amount of Mortgage: $_____

6   6.   Do you own an automobile?   Yes ✓ No ___

7   Make  Honda   Year  1989   Model  Accord

8   Is it financed? Yes ___ No ✓   If so, Total due: $_____

9   Monthly Payment: $_____

10  7.   Do you have a bank account?   Yes ___ No ✓ (Do not include account numbers.)

11  Name(s) and address(es) of bank: _____

12  _____

13  Present balance(s): $_____

14  Do you own any cash?   Yes ___ No ✓   Amount: $_____

15  Do you have any other assets? (If "yes," provide a description of each asset and its estimated market

16  value.)   Yes ___ No ✓

17  _____

18  8.   What are your monthly expenses?

19  Rent: $  0             Utilities:  $45

20  Food: $  120.00        Clothing:  0

21  Charge Accounts:

22  Name of Account         Monthly Payment        Total Owed on This Account

23  _____             $_____            $_____

24  _____             $_____            $_____

25  _____             $_____            $_____

26  9.   Do you have any other debts? (List current obligations, indicating amounts and to whom they

27  are payable. Do not include account numbers.)

28  $1200.00 Restitution Fines _____

APP. TO PROC. IN FORMA

PAUPERIS, Case No. C 07 06259 cw        - 3 -

1
2  10.  Does the complaint which you are seeking to file raise claims that have been presented in other
3  lawsuits?  Yes ___  No ✓ ?
4  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which
5  they were filed.
6  _____
7  _____
8  I declare under the penalty of perjury that the foregoing is true and correct and understand that a false
9  statement herein may result in the dismissal of my claims.
10
11  3-28-08                                    M. H. M. Ralph Bernd___
12         DATE                                    SIGNATURE OF APPLICANT
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

APP. TO PROC. IN FORMA
PAUPERIS, Case No. C-07-06259 CW    - 4 -

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

Mitchell Ralph Benedict K37907
2843 Vallecito Place
Oakland, CA 94606, Plaintiff

v. Director of Corrections et al., Defendant

CV07-06259 CW

CASE Number CV07-06259 CW

IN FORMA PAUPERIS (NON-PRISONER) MOTION RESPONSE

CERTIFICATE of SERVICE

I, the undersigned, hereby certify that I am the Plaintiff, MITCHELL R. BENEDICT. AND THAT on April 11, 2008, I SERVED the completed attached copy(ies), by placing said envelope in the U.S. Mail, with true and correct information, under the penalty of perjury on this ELEVENTH DAY OF APRIL, 2008.

To RICHARD W. WIEKING, CLERK FOR the HONORABLE CLAUDIA WILKEN, UNITED STATES DISTRICT JUDGE CLAUDIA WILKIN UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA 1301 CLAY ST., SUITE 400S OAKLAND, CA 94612-5212

Mitchell Benedict 4-11-08
MITCHELL RALPH BENEDICT