

OAKLAND CA 945
15 APR 2008 PM 5 T

MITCHELL R BENEDICT
2843 Vallecito Place
Oakland, CA 94606
Re: Case No. C 07-06259 CW
(PR → Non PR)

Office of the CLERK of the
HONORABLE JUDGE CLAUDIA WILKIN
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 Clay hands Street, Suet 400s
Oakland, CA  94612-5212