Mitchell Ralph Benedict
CDCR# K37907
September 03, 2008

The Honorable Judge Claudia Wilken
United States Court for the Northern District of California
1515 Clay Street
Oakland, CA
Re: CV 6259
Attn: Richard Wieking: Clerk

C-07-6259-CW

**FILED**
SEP - 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Concerning:

That the court be duly notified of a temporary change of address for Mitchell Ralph Benedict (Plaintiff, CV 6259) to: c/o AQK702
Alameda County Jail @ Santa Rita
5325 Broder Boulevard 32D2
Dublin, CA 94568

NC

for the purpose of contact with court-appointed pro se attorney and other court related matters.

Sincerely yours
Mitchell Ralph Benedict  9/03/08

I declare the foregoing to be true and correct under the penalty of perjury on this third day of September, Two Thousand Eight.

Mitchell Benedict