Mitchell Ralph Benedict Agkpoz
5325 Brooder Blvd
Dublin, CA 94568
RE: CV 6259

OAKLAND CA 945

08 SEP 2008 PM 5 T

USA 42

The Honorable Judge Claudia Wilken
United States Court for the Northern District
of California
1515 Clay Street
Oakland, CA

© USPS 2008

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT.